AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SLOBODAN DESPOT | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-22844-UU |
| CELEBRITY CRUISES, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CELEBRITY CRUISES, INC., by serving its Registered Agent
BRADLEY H. STEIN
1050 Caribbean Way
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John H. Hickey, Esq.
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue
Suite 510
Miami, FL 33131
(305) 371-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 11, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts