UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SLOBODAN DESPOT

   Petitioner,

  vs.                              CASE NO.: 1:19-cv-22844-UU

CELEBRITY CRUISES INC.,

   Respondent.

_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER

    The Clerk of this Court will please note the appearance of the undersigned as additional counsel for the Respondent Nicole Gersbeck in the above-styled matter.

                                              RUSSO APPELLATE FIRM, P.A.
                                              e-service@russoappeals.com
                                              7300 North Kendall Drive, Suite 600
                                              Miami, Florida 33156
                                              Tel: (305) 666-4660
                                              Fax: (305) 666-4470

                                   By:    /s/ Elizabeth K. Russo
                                           ELIZABETH K. RUSSO
                                           Florida Bar No. 260657
                                           ekr@russoappeals.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 11, 2019, a true and correct copy of the foregoing was served by filing same using this Court's CM/ECF system, which will electronically serve a copy on all counsel or parties of record who have entered an appearance in this matter.

                                            /s/  Elizabeth K. Russo