UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SLOBODAN DESPOT

   Petitioner,

  vs.                                   CASE NO.: 1:19-cv-22844-UU

CELEBRITY CRUISES INC.,

   Respondent.

_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER

The Clerk of this Court will please note the appearance of the undersigned as additional counsel for the Respondent Nicole Gersbeck in the above-styled matter.

                                                    RUSSO APPELLATE FIRM, P.A.
                                                    e-service@russoappeals.com
                                                    7300 North Kendall Drive, Suite 600
                                                    Miami, Florida 33156
                                                    Tel: (305) 666-4660
                                                    Fax: (305) 666-4470


                                              By:    /s/ Paulo R. Lima
                                                         PAULO R. LIMA
                                                         Florida Bar No. 64364
                                                         prl@russoappeals.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2019, a true and correct copy of the foregoing was served by filing same using this Court's CM/ECF system, which will electronically serve a copy on all counsel or parties of record who have entered an appearance in this matter.

                                                                          /s/  Paulo R. Lima