## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-22844-UU

Plaintiff:
**SLOBODAN DESPOT.,**

vs.

Defendant:
**CELEBRITY CRUISES, INC.,**


FLP2019022976

For:
John H. Hickey, Esq.
HICKEY LAW FIRM, P.A.,
1401 Brickell Avenue
Suite 510
Miami, FL 33131

Received by FLORIDA PROCESS SERVICE, INC. on the **11th day of July, 2019** at **10:22 am** to be served on **CELEBRITY CRUISES, INC. by serving r/a: BRADLEY H. STEIN, 1050 CARIBBEAN WAY, MIAMI, FL 33132.**

I, ALBERT ARRIERA, do hereby affirm that on the **11th day of July, 2019** at **1:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS & PETITION TO CONFIRM FOREIGN ARBITRAL AWARD** with the date and hour of service endorsed thereon by me, to: **Nicholas Applin** as **Litigation Attorney** a person authorized to accept service for
**CELEBRITY CRUISES, INC. by serving r/a: BRADLEY H. STEIN**, at the address of: **1050 CARIBBEAN WAY, MIAMI, FL 33132**, and informed said person of the contents therein, in compliance with 48.081.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 175, Hair: Black, Glasses: N

I am over the age of eighteen, and have no interest in the the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. No Notary Required Pursuant to F.S. 92.525(2).

DATE: 7-12-19

**ALBERT ARRIERA**

FLORIDA PROCESS SERVICE, INC.
1673 SW 67 Avenue
West Miami, FL 33155
(305) 371-9000

Our Job Serial Number: FLP-2019022976

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c